STATE OF NEW JERSEY v. DARNELL STRONG.

May 19, 1987.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.   (See 107 *N.J.* 56 (1986))